IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KENNETH BOWLING,                                              CV. 10-1520-MO

        Plaintiff,                                        ORDER

   v.

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

MOSMAN, District Judge.

    Plaintiff filed a prisoner civil rights Complaint with the court on December 13, 2010. On December 22, 2010, he filed a Motion seeking to add various defendants to this case. Plaintiff cannot amend his Complaint to add parties in this manner. Local Rule 15-1(c) requires a party moving to amend a pleading to "reproduce the entire pleading and . . . not incorporate any part of the prior pleading by reference" and to describe the changes to the pleading to be amended. As plaintiff has not done this, his

1 - ORDER

Motion to Add Defendants is denied.  Plaintiff may, however, file an amended complaint within 30 days which complies with the court's Local Rules.

Plaintiff's pending Motion for Partial Summary Judgment, Motion for Hearing, Motion for Production of Documents, and Motion to be Present for Jury Trial are either predicated on an amended pleading which has not been filed, or are premature, thus they are denied.

## CONCLUSION

Plaintiff's Motion to Add Defendants (#5) is DENIED for failure to comply with the court's Local Rules.  The court does, however, allow plaintiff to file an amended complaint which properly names all of the parties to this lawsuit within 30 days.  Failure to do so, or to advise the court that he wishes to proceed only on the original Complaint, will result in the dismissal of this case for lack of prosecution.

Plaintiff's Motion for Partial Summary Judgment (#6), Motion for Hearing (#9), Motion for Production of Documents (#10), and Motion to be Present for Jury Trial (#11) are DENIED.

IT IS SO ORDERED.

DATED this   24    day of February, 2011.

                                   /s/Michael W. Mosman
                                   Michael W. Mosman
                                   United States District Judge